**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reinaldo Carrillo Jaime,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Katrina Kane,<br><br>　　　　　Respondent. | No. CV-07-2025-PHX-FJM<br><br>**ORDER** |

We have before us petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1), respondent's response (doc. 10), and petitioner's reply (doc. 13). We also have before us the report and recommendation of the United States Magistrate Judge, recommending that the petition be denied (doc. 14). No objection to the report and recommendation was filed and the time for doing so has expired. See Fed. R. Civ. P. 72(b)(2).

Petitioner is a native and citizen of El Salvador who was ordered removed from the United States as an alien convicted of an aggravated felony. Petitioner's appeal of the removal order is presently before the United States Court of Appeals for the Ninth Circuit. In his petition for writ of habeas corpus, petitioner contends that his detention since October 11, 2005, pending removal, is constitutionally unlawful.

1       The magistrate judge rejected petitioner's claims, distinguishing <u>Tijani v. Willis</u>, 430
2 F.3d 1241 (9th Cir. 2005), in part because bond release was available to petitioner throughout
3 the eleven-month administrative process, and because his judicial appeal time is within the
4 norm for civil appeals in the Ninth Circuit. Moreover, there is nothing in the record to
5 suggest that petitioner's removal to El Salvador will not be effectuated upon the conclusion
6 of his judicial appeal.

7       We accept the recommended decision of the magistrate judge in accordance with Rule
8 72(b), Fed. R. Civ. P.  **IT IS ORDERED DENYING** the petition for writ of habeas corpus
9 (doc. 1).

10       DATED this 23rd day of May, 2008.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge